RECEIVED

JUL 17 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ALLEN HYPOLITE | CIVIL ACTION NO. 06-1973 |
| VS. | JUDGE DOHERTY |
| DIAMOND OFFSHORE CO.<br>DIAMOND OFFSHORE SERV. CO. | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO COMPEL
*(Rec. Doc. 13)*

On June 21, 2007, defendants Diamond Offshore Company and Diamond Offshore Services Company filed a motion to compel and for sanctions and attorney's fees against plaintiff Allen Hypolite.[1] The motion has been set on the undersigned's July 25, 2007 motion calendar with oral argument, in accord with the Court's routine procedures for handling motions.

At this time, a review of the record reveals that no opposition has been filed and that the delays allowed for the filing of an opposition have expired.[2] Review of the motion further reveals that the relief which mover seeks is an order requiring initial responses to defendants' interrogatories and requests for production of documents, which were properly served on plaintiff on April 10, 2007. The motion further alleges that mover's counsel attempted to conduct a Rule 37.1W discovery conference for the purpose of amicably resolving the discovery dispute, but that plaintiff's counsel was unavailable on the date of the scheduled conference. In light of the foregoing,

---

[1] Rec. Doc. 13.

[2] Local Rule 7.5W requires that written opposition to a motion be filed within fifteen (15) days after service of the motion.

2

**IT IS HEREBY ORDERED** that the oral argument scheduled on July 25, 2007 is **CANCELED**, and the pending motion to compel is **GRANTED**.

**IT IS FURTHER ORDERED** that the discovery responses requested in the motion to compel shall be provided to defendants *within ten days of the date of this order.*

**IT IS FURTHER ORDERED**, pursuant to F.R.Civ.P. 37(a)(4), that plaintiff shall pay the attorneys' fees and costs incurred in connection with the filing and prosecution of the extant motion to compel. Movers' counsel shall file an affidavit of fees and costs into the record *within ten days of the date of this order* in order to assist the court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) the customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. **Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void.** Objections to the affidavit shall be filed *within five days of the affidavit being filed.*

**IT IS FURTHER ORDERED** that the Clerk of Court shall notice any affidavit filed for consideration on the August 2007 motion calendar as a "motion for assessment of Rule 37(a)(4) fees and expenses."

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

Signed at Lafayette, Louisiana on July 17, 2007

COPY SENT:
DATE: 7/17/07
BY: CW
TO: mem
Costello
Guillory    } via fax
Mouledoux
Robinson

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)